THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:13-CR-143-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| JONATHAN MAURICE WYNN, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, Jonathan Maurice Wynn's Motion to Seal

Defendant's Sentencing Memorandum is hereby GRANTED.

So ordered. This the __1st__ day of ____August____, 2014.

_James O. Fox_
Senior UNITED STATES DISTRICT JUDGE